Electronically Filed
Kahalah A. Clay
Circuit Clerk
Morgan Ragsdale
20L0907
St. Clair County
11/12/2020 12:00 AM
11100434

IN THE CIRCUIT COURT OF ST. CLAIR COUNTY
STATE OF ILLINOIS

HALLIE SMITH,                         )
    PLAINTIFFS                     )
                                )
VS.                                   )  Cause No.: **20L0907**
                                )
TERRANCE FOSTER AND                   )
D.L COLE AND ASSOCIATES, INC.,        )
    DEFENDANTS.                    )

**Serve:**

Terrance Foster
8512 Riverview Blvd.
St. Louis, MO 63147

BCRA Company-Registered Agent
D.L Cole and Associates, Inc.
161 North Clark Street, Suite 4300
Chicago, IL 60601

## COMPLAINT
## PERSONAL INJURY

## COUNT I

### HALLIE SMITH VS. TERRANCE FOSTER

Comes now the Plaintiff Hallie Smith, by her attorney Kenneth A. Leeds, and for Count I of her Complaint against Defendant Terrance Foster, states as follows:

1.      That Plaintiff is a resident of the State of Illinois.

2.      That Defendant Terrance Foster, at all times herein complained of, was a resident of the State of Missouri.

**EXHIBIT A**

3.      That on the 24th day of December 2019 Plaintiff was operating her motor vehicle in a westerly direction on Missouri Avenue, East St. Louis, Illinois at or near 17th Street.

4.      That at all times herein complained of Defendant Terrance Foster was operating a Ford Box truck in a southerly direction on 17th Street at or near Missouri Avenue.

5.      That at all times herein complained of Defendant failed to exercise the highest degree of care in the operation of his motor vehicle and committed one or more of the following negligent acts or omissions:

   a. Operated his motor vehicle at an unreasonable rate of speed for the conditions there and then existing.

   b. Failed to yield right of way to Plaintiff.

   c. Failed to keep a careful look out.

   d. Failed to obey a traffic control sign/signal.

6.      That as a direct and proximate result of one or more of the aforementioned negligent acts or omissions committed by the Defendant, Plaintiff was injured on and around her head, neck, shoulders, left upper extremity and back. As a result of her injuries Plaintiff was caused to incur and may in the future incur medical expenses; that Plaintiff has lost earnings: that Plaintiff has suffered and continues to suffer pain and emotional distress; that to the extent that Plaintiff had any pre-existing medical conditions involving those parts of the body complained of herein, said conditions may have been made worse; and that Plaintiff has become permanently and/or partially disabled.

Wherefore Plaintiff prays that judgment be entered for Plaintiff and against the Defendant in a sum in excess of $50,000.00; that Plaintiff be awarded her costs herein expended, and that this court enter such other and further orders as it deems just and proper in the premises.

2

## COUNT II

### HALLIE SMITH VS. D.L COLE AND ASSOCIATES, INC.

Comes now the Plaintiff Hallie Smith, by her attorney Kenneth A. Leeds, and for Count II of her Complaint against Defendant D. L. Cole and Associates, Inc., states as follows:

1.      That Plaintiff is a resident of the State of Illinois.

2.      That at all times herein complained of Defendant D.L. Cole and Associates, Inc., was a Missouri corporation, registered as a foreign corporation in the State of Illinois and doing business in the State of Illinois.

3.      That at all times herein complained of Defendant Terrance Foster was an agent, servant and/or employee of Defendant.

4.      That on the 24th day of December 2019 Plaintiff was operating her motor vehicle in a westerly direction on Missouri Avenue, East St. Louis, Illinois at or near 17th Street.

5.      That at all times herein complained of Defendant Terrance Foster, while in the course and scope of his employment with Defendant D.L. Cole and Associates, Inc., was operating a Ford Box truck in a southerly direction on 17th Street at or near Missouri Avenue.

6.      That at all times herein complained of Defendant Terrance Foster failed to exercise the highest degree of care in the operation of his motor vehicle and committed one or more of the following negligent acts or omissions:

> a. Operated his motor vehicle at an unreasonable rate of speed for the conditions there and then existing.
>
> b. Failed to yield right of way to Plaintiff.

3

c. Failed to keep a careful look out.

d. Failed to obey a traffic control sign.

7.      That as a direct and proximate result of one or more of the aforementioned negligent acts or omissions committed by the Defendant Terrance Foster, while acting within the course and scope of his employment with Defendant D.L Cole and Associates, Inc., Plaintiff was injured on and around her head, neck, shoulders, left upper extremity and back. As a result of her injuries Plaintiff was caused to incur and may in the future incur medical expenses; that Plaintiff has lost earnings: that Plaintiff has suffered and continues to suffer pain and emotional distress; that to the extent that Plaintiff had any pre-existing medical conditions involving those parts of the body complained of herein, said conditions may have been made worse; and that Plaintiff has become permanently and/or partially disabled.

Wherefore Plaintiff prays that judgment be entered for Plaintiff and against the Defendant D.L Cole and Associates, Inc., in a sum in excess of $50,000.00, that Plaintiff be awarded her costs herein expended, and that this court enter such other and further orders as it deems just and proper in the premises.

/s/Kenneth A. Leeds #3126529
906 Olive Street, Penthouse
St. Louis, Missouri 63101
314-726-5555
314-725-3012(fax)
kennethaleedspc@leedspc.com

4